# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ARNOLD ANDERSON,

Petitioner,

v.

WILLIAM GITTERE, et al.,

Respondents.

Case No. 3:22-cv-00070-ART-CSD

**ORDER**

*Pro se* Petitioner Arnold Anderson filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 8.) Anderson paid the $5.00 filing fee twice: once on March 7, 2022 (receipt number NVRNO005479), and again on March 31, 2022 (receipt number NVRNO005510).[1] (ECF Nos. 5, 6.) This matter comes before the court on a request for clarification by Tyler Anderson, a Nevada state prisoner also housed at Ely State Prison, who informs this court that the receipt for Arnold Anderson's March 31, 2022, filing fee was sent to him. (ECF Nos. 11, 12.) Because Tyler Anderson is not a party in the instant case, his motions for clarification shall be stricken. However, a courtesy copy of this order shall be sent to him to inform him that receipt number NVRNO005510 was intended for Arnold Anderson.

IT IS THEREFORE ORDERED that Tyler Anderson's motions for clarification [ECF Nos. 11, 12] **SHALL BE STRICKEN** as fugitive documents.

---

[1] This court previously ordered that the March 31, 2022, payment be refunded. (ECF No. 7.)

1 | IT IS FURTHERED ORDERED that the Clerk of the Court is directed to
2 | send a one-time courtesy copy of this order to Tyler Anderson (inmate number
3 | 1204390) at Ely State Prison.
4 | Dated: This 10th Day of May 2022

*(signature)*

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE