UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARNOLD ANDERSON, | Case No. 3:22-cv-00070-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 14), and good cause appearing;

It is therefore ordered that Respondents' motion for enlargement of time (first request) (ECF No. 14) is granted. Respondents will have up to and including July 21, 2022, to file their response to the petition for writ of habeas corpus.

DATED THIS 9th day of June 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1