UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARNOLD ANDERSON, | Case No. 3:22-cv-00070-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

*Pro se* Petitioner Arnold Anderson filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 8 ("Petition").) On July 26, 2022, this Court stated its intent to provisionally appoint the Federal Public Defender to represent Petitioner unless Petitioner declared his desire that this Court not appoint counsel. However, if Petitioner desired that counsel be appointed, the Court instructed him to file a complete *in forma pauperis* ("IFP") application to show that he cannot afford counsel to litigate this case. Petitioner has filed a motion indicating his desire that counsel be appointed but requesting additional time to file a complete IFP application, explaining that he "sent a financial certificate to inmate accounts about 3 weeks ago [but he has] not received the financial certificate back." (ECF No. 19 at 1.) The Court finds good cause to grant the request.

It is therefore ordered that Petitioner's motion to extend time [ECF No. 19] is granted. Petitioner has 45 days from the date of this order to file a complete IFP application in accordance with this Court's previous order [ECF No. 18].

DATED THIS 1st day of September 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1