UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARNOLD ANDERSON, | Case No. 3:22-cv-00070-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

     This is a 28 U.S.C. § 2254 counseled habeas corpus petition. Despite being represented by counsel, Petitioner Arnold Anderson has filed three *pro se* motions asking this court to allow him to represent himself because he is unhappy with his representation by counsel. (ECF Nos. 26, 27, 28.) Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the court. LR IA 11-6. Anderson's filings are fugitive documents not properly before the court. Accordingly, they shall be stricken. However, because Anderson raises issues regarding counsel's representation of him, the court instructs Kimberly Anne Sandberg, Esq. to inform the court about any issues with her ongoing representation of Anderson before January 20, 2023.

     It is therefore ordered that Petitioner's *pro se* motions (ECF Nos. 26, 27, 28) shall be stricken as fugitive documents.

     It is further ordered that Kimberly Anne Sandberg, Esq. inform the court about any issues with her ongoing representation of Anderson on or before January 20, 2023.

     DATED THIS 21st day of December 2022.

                                                ANNE R. TRAUM
                                                UNITED STATES DISTRICT JUDGE