UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ARNOLD ANDERSON, | Case No. 3:22-cv-00070-ART-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

On January 24, 2023, this Court entered an order in this matter. (ECF No. 34.) That order was returned as undeliverable noting that Petitioner Arnold Anderson is no longer at Ely State Prison. (ECF No. 35.) The state corrections department's inmate locator page states that Anderson is now located at High Desert State Prison. The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the court written notice of any change of address. LR IA 3-1, LR 2-2. The Local Rules warn that failure to comply may result in dismissal of the action, with or without prejudice, or other sanctions as the court deems appropriate. *Id.*

It is therefore ordered that the Clerk of the Court is instructed to send Anderson a courtesy copy of the following at High Desert State Prison: (1) a copy of this order, (2) a copy of this Court's January 24, 2023, order (ECF No. 34).

It is further ordered that Anderson update his address by filing a notice of change of address within 30 days of this order. Failure to timely comply with this order will result in the dismissal of his petition without prejudice and without further advance notice.

DATED THIS 27th day of January 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1