UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARNOLD ANDERSON,<br><br>                                  Petitioner,<br>     v.<br>WILLIAM GITTERE, et al.,<br><br>                                  Respondents. | Case No. 3:22-cv-00070-ART-CSD<br><br>ORDER |

      This habeas matter is before the Court on Respondents' motion for enlargement of time of 90 days to file their response to Petitioner Arnold Anderson's petition for writ of habeas corpus. (ECF No. 43.) This is Respondents' first request for an extension of this deadline since this Court modified the briefing schedule and third request overall. (*Id.*) Respondents' counsel explains that she needs an extension of time due to her ongoing health issues, her increased workload from departing colleagues, and her obligation under a court order to prioritize the completion of a reply in a different matter. (*Id.* at 2.) Anderson moved for the granting of relief on April 3, 2023, explaining, in part, that he never received Respondents' motion for an extension and requesting that this Court release him from prison. (ECF No. 47.) Due to (1) Respondents' timely motion for an extension, which was unexplainably never received by Anderson, and (2) Respondents' representations in their motion, this Court finds good cause to grant Respondents' motion, in part. Specifically, this Court will grant Respondents 45 days—rather than 90 days—to file their response to the petition for writ of habeas corpus. However, there is no basis for this Court to grant Anderson's motion for release.

      It is therefore ordered that Respondents' motion for extension of time [ECF No. 43] is granted, in part. Respondents will have up to and including 45 days

1

from the date of this order to file their response to Petitioner Arnold Anderson's petition for writ of habeas corpus. Absent extraordinary circumstances, any future requests for an extension of this deadline will be viewed unfavorably.

It is further ordered that Petitioner's motion to grant relief [ECF No. 47] is denied.

DATED THIS 7th day of April 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE