UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARNOLD ANDERSON, | Case No. 3:22-cv-00070-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

This habeas matter is before the Court on Respondents' motion for an extension of time to file their response to Petitioner Arnold Anderson's habeas petition. (ECF No. 52.) This is Respondents' second request for an extension of this deadline since this Court modified the briefing schedule and fourth request overall. (*Id.*) Respondents' counsel explains that she needs an extension of time due to dealing with a serious family emergency, her ongoing health issues, and her increased workload from departing colleagues. (*Id.* at 2.) Anderson opposes the motion. (ECF No. 53.) In its last order granting Respondents an extension of this deadline, the Court ordered that "[a]bsent extraordinary circumstances, any future requests for an extension of this deadline will be viewed unfavorably." (ECF No. 48 at 2.) Due to Respondents' counsel's representations, this Court finds good cause to grant Respondents' motion. However, absent extraordinary circumstances, **no future requests of this deadline will be permitted**.

It is therefore ordered that Respondents' motion for extension of time [ECF No. 52] is granted. Respondents will have up to and including June 21, 2023, to file their response to Petitioner Arnold Anderson's petition for writ of habeas corpus.

DATED THIS 1st day of June 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE