UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARNOLD ANDERSON, | Case No. 3:22-cv-00070-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

This habeas matter is before the Court on Petitioner Arnold Anderson's motions for enlargement of time to file his response to Respondents' motion to dismiss. (ECF Nos. 57, 76.) This is Anderson's first request for an extension of this deadline. This Court finds good cause to grant Anderson's motions.

It is therefore ordered that Petitioner Arnold Anderson's motions for enlargement of time [ECF Nos. 57, 76] are granted. Anderson will have up to and including July 26, 2023, to file his response to the motion to dismiss.

DATED THIS 3rd day of July 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1