UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARNOLD ANDERSON, | Case No. 3:22-cv-00070-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

    This habeas matter is before the Court on Respondents' motion for enlargement of time to file their answer to Petitioner Arnold Anderson's petition. (ECF No. 91.) This is Respondents' first request for an extension of this deadline. This Court finds good cause to grant the motion.

    It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 91) is granted. Respondents will have up to and including March 22, 2024, to file their answer.

    Dated this 31st day of January 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE