UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARNOLD ANDERSON,<br><br>　　　　　　　　　　　Petitioner,<br>　　v.<br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:22-cv-00070-ART-CSD<br><br>ORDER |

This habeas matter is before the Court on Petitioner Arnold Anderson's motion for enlargement of time to file his reply. (ECF No. 97.) Anderson has also filed a motion to withdraw his motion for enlargement of time, explaining that it was not necessary. (ECF No. 98.) Given that Anderson timely filed his reply brief on April 17, 2024 (ECF No. 96), the Court denies the former motion as moot and grants the latter motion. This Court will issue a decision on the merits of Anderson's petition in due time.

It is therefore ordered that Petitioner Arnold Anderson's motion for enlargement of time (ECF No. 97) is denied as moot.

It is further ordered that Petitioner Arnold Anderson's motion to withdraw his motion (ECF No. 98) is granted.

Dated this 14th day of May 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE