UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARNOLD ANDERSON,<br><br>　　　　　　　Petitioner,<br>　v.<br>WILLIAM GITTERE, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:22-cv-00070-ART-CSD<br><br>ORDER |

On January 8, 2025, this Court denied Petitioner Arnold Anderson's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 103.) Judgment was entered. (ECF No. 104.) Anderson now moves for a certificate of appealability. (ECF No. 106.) This Court denies the motion because (1) it has already found that a certificate of appealability is unwarranted (*see* ECF No. 103 at 28), and (2) Anderson's motion makes the same arguments he has already presented to this Court.

It is therefore ordered that the motion for certificate of appealability [ECF No. 106] is denied. To the extent that it is necessary, a certificate of appealability is denied as to this Order.

DATED THIS 24th day of January 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1